UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

ROBIN A. ELMENDORF,

                          Plaintiff,

     -against-                                        1:04-CV-1267
                                                       (LEK/DRH)

COMMISSIONER OF SOCIAL
SECURITY,

                          Defendant.

_____

### DECISION AND ORDER

This matter comes before the Court following a Report-Recommendation and Order filed on

November 30, 2005, by the Honorable David R. Homer, United States Magistrate Judge, pursuant to

28 U.S.C. § 636(b) and L.R. 72.3(d) of the Northern District of New York.  Report-Rec. (Dkt. No.

4).

Within ten days, excluding weekends and holidays, after a party has been served with a copy

of a Magistrate Judge's Report-Recommendation, the party "may serve and file specific, written

objections to the proposed findings and recommendations," Fed. R. Civ. P. 72(b), in compliance

with L.R. 72.1.  In the interval of at least fifteen days since the Magistrate Judge filed the subject

Report-Recommendation, no objections to it have been raised.  Furthermore, after examining the

record, the Court has determined that the Report-Recommendation is not subject to attack for plain

error or manifest injustice.

Accordingly, it is hereby

**ORDERED**, that the Report-Recommendation is **APPROVED** and **ADOPTED** in its

**ENTIRETY**; and it is further

     **ORDERED**, that this action be **DISMISSED** for lack of prosecution, pursuant to N.D.N.Y.

L.R 41.2(a), as discussed in Judge Homer's Report-Recommendation and Order; and it is further

     **ORDERED**, that the Clerk serve a copy of this Order on all parties.

     **IT IS SO ORDERED**.

DATED:     March 08, 2006
             Albany, New York

                   Lawrence E. Kahn
                   U.S. District Judge